IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LAMAR WARD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv54-SRW |
| ) | (WO) |
| COMPUDYNE CORPORATION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

By order entered March 14, 2006, counsel for plaintiffs were allowed to withdraw from representation of plaintiff Ray Williams, Sr. and plaintiff was advised to notify the court of whether he intended to proceed with his claims in this action. (Doc. # 36). The order was mailed to plaintiff's last known address and has now been returned by the postal service as undeliverable. Accordingly, it is

ORDERED that the claims of plaintiff Ray Williams, Sr. are DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(b).

DONE, this 3rd day of April, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE