IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SEDRICK HAILES, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>COMPUDYNE CORPORATION, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.2:05cv54-SRW<br>(WO) |

**AMENDED FINAL JUDGMENT**[1]

In accordance with the memorandum opinion and order entered on this date granting defendants' motion for summary judgment as to the claims of plaintiffs Sedrick Hailes and Joe Timmons, it is the ORDER, JUDGMENT and DECREE of this court that judgment is entered in favor of defendants and against plaintiffs Hailes and Timmons, and Hailes' and Timmons' claims are DISMISSED with prejudice.  Costs are taxed against plaintiffs.

Done, this 27th day of February, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] Judgment is amended pursuant to Fed. R. Civ. P. 60(a).